By order of the Bankruptcy Appellate Panel, the precedential effect
of this decision is limited to the case and parties pursuant to
6th Cir. BAP LBR 8024-1(b).  See also 6th Cir. BAP LBR 8014-1(c).

File Name: 21b0005n.06

# BANKRUPTCY APPELLATE PANEL

## OF THE SIXTH CIRCUIT

———————————

IN RE:  PAUL DARREN SMITH,

*Debtor*.

————————————————————————

JAMES D. BALLINGER,

*Plaintiff-Appellee*,

*v.*

PAUL DARREN SMITH,

*Defendant-Appellant*.

No. 21-8004

Appeal from the United States Bankruptcy Court
for the Western District of Kentucky at Louisville.
No. 3:19-bk-31599; Adv. No. 3:19-ap-03033—Joan Lloyd, Judge.

Decided and Filed:  July 27, 2021

Before:  GUSTAFSON, MASHBURN, and PRICE SMITH, Bankruptcy Appellate Panel Judges.

———————————

**COUNSEL**

**ON BRIEF:**  Harry B. O'Donnell IV, Louisville, Kentucky, for Appellant.  James D. Ballinger,
LOUISVILLE LAWYER, PLLC, Louisville, Kentucky, in pro per.

---

**OPINION**

---

JESSICA E. PRICE SMITH, Bankruptcy Appellate Panel Judge.    In this appeal following a remand, the Debtor asks this Panel to remand for a second time, arguing that the bankruptcy court erred when it denied the Debtor's motion for an extension of time to appeal. Having fully reviewed the record and the bankruptcy court's findings of fact contained in both prior orders, the Panel finds that the bankruptcy court did not abuse its discretion.    The order denying the motion for an extension of time to appeal is AFFIRMED for the reasons stated by the bankruptcy court.